TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00439-CV

Marilyn Roth, Appellant

v.

Michael Stephen Williams, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. 373,554, HONORABLE MARY PEARL WILLIAMS, JUDGE PRESIDING 

PER CURIAM

 Appellant, Marilyn Roth appeals from a judgment of the trial court in favor of
appellee Michael Stephen Williams. Because appellant has failed to file a brief, we will dismiss
the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1), 42.3(b). 

 The Clerk of this Court filed the reporter's record in this cause on October 14,
1997. Accordingly, appellant's brief was due on Thursday, November 13, 1997. See Tex. R.
App. P. 38.6(a)(2). By letter dated December 3, 1997, the clerk of this Court notified the parties
that appellant's brief was overdue and that the appeal was subject to dismissal unless appellant
tendered a motion for extension of time reasonably explaining the failure to file a brief. Thus far,
appellant has neither submitted a brief nor a motion for extension of time to file a brief.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
Tex. R. App. P. 42.3(b). 

Before Chief Justice Yeakel, Justices Aboussie and Jones

Dismissed for Want of Prosecution

Filed: June 4, 1998

Do Not Publish